# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157930

*In re* THERESA M. BRENNAN, JUDGE
53rd DISTRICT COURT

SC: 157930
JTC Formal Complaint No. 99

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

## AMENDMENT TO ORDER

On order of the Court, the order of November 1, 2019 is amended to correct a clerical error by adding, after the text thereof, the following:

CLEMENT, J., joins the statement of CAVANAGH, J.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2019



Clerk

t1029